MKB:KKO
F.#2004R02336

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LUIS VALENTINE,

          Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

No. 04-CR-994 (DLI)

Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Karin Klapper Orenstein, for an order dismissing the indictment without prejudice in the above-captioned matter;

WHEREFORE, it is hereby ordered that the indictment in the above-captioned matter be dismissed without prejudice.

Dated:    Brooklyn, New York
           February 26, 2009

                              HONORABLE DORA L. IRIZARRY
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK